IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEJANDRO MARTINEZ
HUITRON,

   Petitioner,

   v.

ERIC SELLERS,

   Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-585-TWT

**ORDER**

     This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending dismissing the action without prejudice for failure to exhaust state court remedies. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. No Certificate of Appealability will be issued.

     SO ORDERED, this 9 day of June, 2016.

                                 /s/Thomas W. Thrash
                                 THOMAS W. THRASH, JR.
                                 United States District Judge